SO ORDERED.

Dated: January 14, 2010

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane  - 007435
Email:  michael.lane@lane-nach.com
Stuart B. Rodgers – 025720
Email:  stuart.rodgers@lane-nach.com

Attorneys for Roger W. Brown, Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| JASON D. KENNEALLY, | No. 2:09-bk-20674-RTB |
| Debtor. | **ORDER DIRECTING TURNOVER OF PROPERTY** |

Upon the Motion to Compel Turnover filed by Roger W. Brown, Trustee, and after notice and opportunity for response and no response having been filed and good cause appearing therefor;

IT IS HEREBY ORDERED, directing the Debtor to turnover of the following property to the Trustee:

(a) The September, October, November and December distributions from Debtor's mother's retirement plan totaling $2,998.92;

(b) Directing Debtor to ensure that all future distributions will be mailed directly to Roger W. Brown, Trustee in care of Lane & Nach, P.C. 2025 N. 3rd Street, The Brookstone, Suite 157, Phoenix, Arizona 85004;

(c) No less than $750.00 for the Trustee's reasonable attorney's fees in pursuing turnover of the property of the Bankruptcy Estate;

IT IS FURTHER ORDERED that interest on the amount due, until paid, shall accrue at the rate set forth in 28 U.S.C. §1961.

**DATED AND SIGNED ABOVE**

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004